166

ROGER GLADSTONE, ET AL. v. HARVEY J. BERK, ET AL.

July 11, 1989.

Petition for certification denied.   (See 233 *N.J.Super.* 228)

IN MATTER OF APPLICATION OF THOMAS MALLON TO CON-
TEST THE ELECTION OF DONALD FREAM TO THE OFFICE
OF COUNCILPERSON OF THE BOROUGH OF POINT PLEAS-
ANT.

July 11, 1989.

Petition for certification denied.   (See 232 *N.J.Super.* 249)

COUNCIL OF THE CITY OF NEWARK, ETC. v. SHARPE JAMES,
ETC.

July 11, 1989.

Petition for certification denied.   (See 232 *N.J.Super.* 449)